## MOTION DOCKET

**86-425.** State v. Post. *Lorain County,* No. 3868. Reported at 32 Ohio St. 3d 380, 513 N.E. 2d 754. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Lorain County ·Court of Common Pleas, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective October 26, 1988.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**86-1927.** State v. Morales. *Cuyahoga County,* No. 51566. Reported at 32 Ohio St. 3d 252, 513 N.E. 2d 267. On motion to transmit record in capital punishment case. Motion denied.

H. Brown, J., would deny the motion but make all parts of the record available for copying at appellant's expense.

**86-1976.** State v. Bedford. *Hamilton County,* No. C-840850. Reported at 39 Ohio St. 3d 122, 529 N.E. 2d 913. On motion for stay. Stay granted.

**87-1363.** Fox v. Lakewood. *Cuyahoga County,* No. 52354. Reported at 39 Ohio St. 3d 19, 528 N.E. 2d 1254. On motion for injunctive relief. Motion denied.

**87-1657.** White v. Wyeth Laboratories, Inc. *Cuyahoga County,* Nos. 52108 and 52564. On motion to file United States government brief as *amicus.* Motion denied.

Locher, Holmes and Wright, JJ., dissent.

**88-321.** State, ex rel. Malenda, v. Indus. Comm. *Franklin County,* No. 86AP-253. On motion to hold in abeyance. Motion granted for a period of no longer than sixty days.

Sweeney, J., dissents.

**88-1210.** State, ex rel. White Consolidated Industries, v. Indus. Comm.

*Franklin County,* No. 87AP-468. On motion for leave to file *amicus* of Ohio Chamber of Commerce. Motion granted.

**88-1474.** State v. Stark. *Cuyahoga County,* No. 53344. On motion for leave to file delayed appeal. Motion granted.

**88-1551.** In re Lyday. *Montgomery County,* No. CA 10767. On motion for leave to file memorandum in support instanter. Motion granted.

Moyer, C.J., Wright and H. Brown, JJ., dissent.

**88-1591.** Siggers v. Rudd. *Cuyahoga County,* No. 53935. On motion to dismiss. Motion to dismiss overruled.

**88-1655.** Estate of Durham v. Amherst. *Lorain County,* Nos. 4267 and 4268. On motion for leave to file memorandum in support instanter. Motion granted.

Locher, Holmes and Wright, JJ., dissent.

**88-1660.** State, ex rel. Celebrezze, v. Gibbs. *Lake County,* No. 12-178. On motion for leave to file notice of cross-appeal instanter. Motion granted.

**88-1701.** In re Adoption of Hale. *Lake County,* No. 12-238. On motion for leave to file memorandum in support instanter. Motion granted.

**88-1711.** State v. Walker. *Franklin County,* No. 87AP-863. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.

**88-1717.** State v. Glover. *Clermont County,* No. CA85-12-106. On motion for leave to file delayed appeal. Motion granted.

**88-1817.** State v. Heinish. *Cuyahoga County,* No. 54427. On motion for stay. Motion granted pending disposition of this cause in the court.